IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KENNETH JOHN SNIDER,<br>   *Plaintiff*, | § § § | |
| VS. | § § | |
| CITY OF MISSION, MISSION POLICE CHIEF MARTIN GARZA, JR., UNNAMED PATROL OFFICERS OF THE MISSION POLICE DEPARTMENT AND UNNAMED SUPERVISORS OF THE MISSION POLICE DEPARTMENT,<br>   *Defendants*. | § § § § § § § § | CIVIL ACTION NO. 7:12-cv-310<br><br>(JURY REQUESTED) |

### CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendants are aware of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Kenneth John Snider

2. Rodney Sipes

3. City of Mission

4. Police Chief Martin Garza, Jr.

5. Texas Municipal League - Intergovernmental Risk Pool

          Respectfully submitted

          _____
          R.D. Guerra
          State Bar No. 08578640
          S.D.Tex. Bar No. 5949
          Ysmael D. Fonseca
          State Bar No. 24069726
          S.D.Tex. Bar No. 1139283

>WILLETTE & GUERRA, L.L.P.
>10213 North 10th Street
>McAllen, Texas 78504
>Telephone: (956) 383-4300
>Facsimile:  (956) 383-4304
>
>ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument was been served upon counsel of record on September 19, 2012, as follows:

*Via Electronic Notice*
Rodney Sipes, Esq.
SIPES & ASSOCIATES, PLLC
3102 S. McColl Rd., PMB#D9
Edinburg, Texas 78539
Telephone: (956) 381-4700
Facsimile:  (956) 381-4701

>_____
>Ysmael D. Fonseca