IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KENNETH JOHN SNIDER, § | | |
| *Plaintiff,* § | | |
| § | | |
| VS. § | CIVIL ACTION NO. 7:12-cv-310 | |
| § | | |
| CITY OF MISSION, MISSION POLICE § | | |
| CHIEF MARTIN GARZA, JR. § | (JURY REQUESTED) | |
| UNNAMED PATROL OFFICERS OF § | | |
| THE MISSION POLICE DEPARTMENT § | | |
| AND UNNAMED SUPERVISORS OF § | | |
| THE MISSION POLICE DEPARTMENT, § | | |
| *Defendants.* § | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

NOW COMES, **KENNETH JOHN SNIDER**, Plaintiff herein, and herby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Kenneth John Snider
   c/o Rodney W. Sipes
   Sipes & Associates, PLLC
   3102 S. McColl Rd., PMB#D9
   Edinburg, Texas 78539
   Plaintiff

2. City of Mission
   c/o R.D. Guerra
   Ysmael D Fonseca
   Willette & Guerra, LLP
   10123 N. 10th Street
   McAllen, Texas 78504
   Defendant

3. Mission Police Department
   c/o R.D. Guerra
   Ysmael D. Fonseca
   Willette & Guerra, LLP
   10123 N. 10th Street
   McAllen, Texas 78504
   Defendant

4. Mission Police Chief Martin Garza, Jr.
   c/o R.D. Guerra
   Ysmael D. Fonseca
   Willette & Guerra, LLP
   10123 N. 10th Street
   McAllen, Texas 78504
   Defendant

5. Texas Municipal League
   Intergovernmental Risk Pool

6. Rodney W. Sipes
   Sipes & Associates, PLLC
   3102 S. McColl Rd., PMB#D9
   Edinburg, Texas 78539
   Attorney for Plaintiff

7. R.D. Guerra
   Ysmael D. Fonseca
   Willette & Guerra, LLP
   10123 N. 10th Street
   McAllen, Texas 78504
   Attorneys for Defendants

Signed on the 20th day of September, 2012.

Respectfully submitted,

_____/s/_____
Rodney W. Sipes
State Bar No. 18349600
SIPES & ASSOCIATES, PLLC
3102 S McColl Rd., PMB
Telephone: (956) 381-4700
Facsimile: (956) 381-4701

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

      The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

R.D. Guerra  
Ysmael D. Fonseca  
WILLETTE & GUERRA, LLP  
10123 N. 10th Street  
McAllen, Texas 78504  
Attorneys for Defendants

_____/s/_____  
Rodney W. Sipes