IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KENNETH JOHN SNIDER,<br>　　*Plaintiff*,<br><br>VS.<br><br>CITY OF MISSION, MISSION POLICE CHIEF MARTIN GARZA, JR., UNNAMED PATROL OFFICERS OF THE MISSION POLICE DEPARTMENT AND UNNAMED SUPERVISORS OF THE MISSION POLICE DEPARTMENT,<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 7:12-cv-310<br>§<br>§  (JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§ |

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants hereby file this Notice of Appearance of Counsel. Joe Hernandez, Esq., of GUERRA, LEEDS, SABO & HERNANDEZ, P.L.L.C., duly admitted to practice in the Southern District of Texas, will be additional counsel for Defendants. Defendants respectfully request that the Clerk of Court enter counsel's appearance and provide him notice of any and all of the Court's filing and announcements related to this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GUERRA, LEEDS, SABO &
　　　　　　　　　　　　　　　　　　HERNANDEZ, P.L.L.C.
　　　　　　　　　　　　　　　　　　10213 N. 10th Street
　　　　　　　　　　　　　　　　　　McAllen, Texas 78504
　　　　　　　　　　　　　　　　　　Telephone:　(956) 383-4300
　　　　　　　　　　　　　　　　　　Facsimile:　(956) 383-4304


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R.D. Guerra
　　　　　　　　　　　　　　　　　　State Bar No. 08578640
　　　　　　　　　　　　　　　　　　S.D. No. 5949
　　　　　　　　　　　　　　　　　　Joe Hernandez
　　　　　　　　　　　　　　　　　　State Bar No. 09517700

                                                    S.D. No. 15145
                                                    Ysmael D. Fonseca
                                                    State Bar No. 24069726
                                                    S.D. No. 1139283

                                                    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      This is to certify that the above and foregoing instrument has been served on counsel for Plaintiffs by delivery of a true and correct copy to him as follows:

*Via Electronic Notice*
Rodney W. Sipes
Sipes & Associates, PLLC
3102 S. McColl Road, PMB #D9
Edinburg, Texas 78539

                                                    Ysmael D. Fonseca