# GUERRA, LEEDS, SABO & HERNANDEZ, P.L.L.C.
## ATTORNEYS AT LAW

R.D. "BOBBY" GUERRA
EILEEN M. LEEDS♦
FRANK SABO, JR.♦
JOE HERNANDEZ*
ANALISA FIGUEROA*
HEATHER SCOTT*

JOSÉ L. CASO
YSMAEL D. FONSECA
ELIZABETH M. GARCIA■
CHRISTOPHER PINEDA*

10213 NORTH TENTH STREET
MCALLEN, TEXAS 78504
TELEPHONE: (956) 383-4300
FACSIMILE: (956) 383-4304
www.guerraleeds.com

* BROWNSVILLE OFFICE:
1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

♦ Board Certified-Personal Injury Trial Law
Texas Board of Legal Specialization
■ Also Licensed in the State of Washington

October 28, 2013

_Via Facsimile (956) 381-4701_
Rodney W. Sipes
Sipes & Associates, PLLC
3102 S. McColl Road, PMB#D9
Edinburg, Texas 78539

Re: Civil Action No. 7:12-CV-310; *Kenneth John Snider vs. City of Mission, Former Mission Police Chief Leo Longoria, Former Police Officer Randy Garza, Police Officer Christopher Piland, Police Officer Shane De La Garza, Police Officer Charles Lopez, and Police Officer Omar Diaz De Villegas*; In the United States District Court for the Southern District of Texas McAllen Division. Our File No.: 12-571 RDG/YF

Dear Counsel:

Enclosed please find three reports authored by Officers Veronica Longoria and Heather Shrock, and Sergeant Catarino Sanchez which were originally in a draft form and have been made part of the Mission Police Department's file. These reports are provided pursuant to our continuing discovery obligations in the above-referenced matter.

If you have any questions regarding this matter, please do not hesitate to contact me.

Cordially,

Ysmael D. Fonseca

YF/ls
Enclosure

2011-39557                                              Sgt C. Sanchez 0098

On 12/20/11 at about 4:45 a.m. I was doing paperwork in the Sgt's Office when I heard Officer Randy Garza on the radio advising he was transporting a prisoner to the police station. I could hear the prisoner yelling in the background. I heard several officers check out at the police department to assist with the prisoner since he was being combative. I then secured my weapon in the weapons locker and walked into the jail section. I didn't see anyone in the jail section so I walked to the Sally Port where the police units drop off the prisoners. I then saw Officer Veronica Longoria holding down a male subject on the ground, facing down. Officer Longoria had blood on her face. Officer Longoria then told me that she was holding him down because he was picking up his head and intentionally spitting on the officers. Officer Schrock was kneeling down with her hand placed on the subject's head to prevent him from picking it up. Officer Schrock was trying to reason with the male subject, trying to convince him to settle down so they could put his face in the water to wash him off. The male subject was extremely agitated, yelling "fuck you" and accusing us of beating him inside his house. We tried to reason with him trying to convince him that none of us were at his house so he won't be upset and let us help him but he would just get more and more upset. Mr. Snider finally allowed us to help him. Officer Longoria and Officer Schrock helped him up. Mr. Snider was placed in the Water Flush station to rinse off his face. Mr. Snider was then walked to a jail cell. I then verified that an ambulance was enroute. When the ambulance arrived at the gate I went to the cell to notify Mr. Snider that he was going to go to the hospital. Through the door window Mr. Snider pointed at me and read my name tag, saying "you Sanchez, you mother fucker, you beat the shit out of me". Officer Adelio Lopez started talking to Mr. Snider trying to calm him down since he was convinced that I had beat him up. I then took out my cell phone and started recording. Mr. Snider kept on insisting on knowing why he was arrested. I told him that he was arrested for assault on his wife and for resisting arrest. The ambulance personnel walked in with a gurney and Mr. Snider was still uncooperative saying that he was not going to get strapped down. Mr. Snider was still upset, saying that we beat him. Mr. Snider finally cooperated with us and walked to the Sally Port. Mr. Snider again started complaining of how we handled the call and refused to enter the back seat of the police car. Mr. Snider again started complaining about how we handled the call and finally entered the back seat of the police car on his own. He was then transported to the hospital. I was then advised that the assault was on the wife's cousin and not the wife herself. I then proceeded to the Mission Hospital and was directed to Mr. Snider's room by hospital personnel. Mr. Snider was still yelling and screaming of how the police beat him up. I then told Mr. Snider that earlier I had made a mistake when I told him that he was arrested for assaulting his wife. I told him that I was corrected and that he was under arrest for assaulting his wife's cousin and for resisting arrest. Mr. Snider then told me how his wife's cousin was the one starting shit and that he only pushed him out of his house. I was later informed by hospital personnel that Mr. Snider was sedated and would probably fall asleep within 5 minutes. Mr. Snider fell asleep and Officer Adelio Lopez was left guard him. I later saw that I had a droplet of blood on my badge but I am not certain if any blood went into my mouth area. The suspect did not spit at me but I was close to him while we were talking to each other.

11-39557                  F-3                  Ofc. H. Schrock #466
                          20.11

    On 12/20/11 at approximately 4:54am, I Ofc. H. Schrock #466 along with V. Longoria #342 made our way to the Mission Police sally port to assist Ofc. R. Garza #486 with a male prisoner in transport. Ofc. Garza asked for assistance in removing the said subject from the vehicle, due to the fact the male subject was being combative.

    Ofc. Garza then arrived at the sally port, where I observed the male subject yelling "fuck you police" as he exited the patrol car. Ofc. Longoria and I then assisted the male subject out of the back seat of the patrol car. The male subject who was later identified to me as Kenneth John Snider 02/06/84, then stated that he was not going to cooperate with us because we went into his house. Snider then turned around and spit a mouthful of blood onto Ofc. Longoria' face. Ofc. Longoria and I then placed Snider against the wall, in attempts to stop him from spitting blood on the jailers and ourselves. Snider continued to turn his head around in our general direction and continued to spit blood. Ofc. Longoria and I then placed Snider on the ground, where she held Snider down by placing her hand on his back. I then had to place my left hand on the back of Snider's head, to keep him from lifting his head and spitting blood.

    I was then asked by Cpl. T. Rodriguez #192 to transport Ofc. R. Garza to Mission Regional Hospital. I observed a small amount of blood and a large scratch behind Ofc. Garza' left ear. A large purple bruise was also beginning to form on Ofc. Garza' left cheek. Ofc. Garza also had several scratches on the right side of his neck and face. Upon arrival at Mission Regional Emergency Room, Ofc. Garza was photographed and medical assistance was provided.

    Ofc. S. De La Garza #464 then arrived at Mission Regional Hospital with Snider. I then made my way outside to assist Ofc. De La Garza was escorting Snider into the emergency room. Snider continued to yell "fuck you" as we walked him into the emergency room. Snider then looked at Ofc. De La Garza and exchange words, and then spit a mouthful of blood into his face.

CR# 11-39557         F-3  22.11         Tuesday, December 20, 2011

22.11 Harassment by Person in Certain Correctional Facilities;
Harassment of Public Servant

I (Officer V. Longoria #342) on Tuesday, December 20, 2011 at approximately 0454 hrs, while reporting writing at the Mission Police Department Report Writing Room (1200 East 12th Street, Mission, Texas 78572), I heard via radio that (Officer R. Garza #486) needed assistance with a prisoner that was being combative.

I secured my duty weapon in the security locker, and entered the Mission Police Department Jail section. (Officer H. Schrock #466) arrived to assist, who was also at the Mission Police Department. (Officer R. Garza #486) pulled into the Jail Section Sally port, in patrol car (U250).

As I approached the patrol car, I observed that rear driver side of the patrol car was covered with blood. I could also hear the prisoner, who was later identified as Kenneth John Snider (DOB 2-6-84) yelling "Fuck You Police!" Officer H. Schrock #466 and I (Longoria #342) assisted Mr. Snider from the back seat of the patrol car, when I observed that Mr. Snider was bleeding from his nose.

I advised our communications officer to send Mission Fire Rescue and Medicare to the Jail Section to administer medical attention.

I then escorted Mr. Snider to the decontamination area, and Mr. Snider began to yell that he was not going to cooperate with us (Schrock and I), due to the fact that we went into his residence. I advised Mr. Snider that I (Longoria) was not at his residence, and that I needed him to relax so I could assist him in removing the OC spray, and to rinse the blood from his face. Mr. Snider became upset, and turned around and spit mouthful of blood in my face. Officer Schrock and I (Longoria) then placed him against the wall with his face facing away from Officer Schrock and I, in attempts to stop him from spitting at the jailers or the other officers. While I had him against the wall, he continued to spit blood. Officer Schrock and I (Longoria) proceeded to take Mr. Snider to the ground, in attempt to get a better control of him, due to the fact that he was continually trying to spit blood in our face, and to break away from us. I them placed my hand on his back, while Officer Schrock used her left hand on the back of his head, to keep him from lifting his head to spit blood.

After some time, Mr. Snider became cooperative, and I (Longoria) was able escort him to the decontamination area, where he was rinsed of blood and OC Spray. I (Longoria) then escorted Mr. Snider inside the jail section, and into Cell (176).

Officer V. Longoria #342

CR# 11-39557                                    Tuesday, December 20, 2011

Medicare and Mission Fire Rescue arrived at the Mission Police Jail Section to administer Medical Attention, which Mr. Snider refused to cooperate.

Officer S. De La Garza #466 arrived to escort Mr. Snider to the Mission Hospital to receive his medical attention.

I (Officer V. Longoria #342) am willing to file charges against Kenneth John Snider, due to the fact that he intentionally and knowingly spat blood in my face, knowing that I was a public Servant.

When I (Longoria) went to rinse my face, I observed that some of the blood was on my mouth area, and on my left cheek, with drops of the blood on the left area or my uniform on the badge.

See Officer R. Garza #466 primary report for further information
Also Officer H. Schrock #466 supplement report

Officer V. Longoria #342

# GUERRA, LEEDS, SABO & HERNANDEZ, P.L.L.C.
## ATTORNEYS AT LAW

R.D. "BOBBY" GUERRA
EILEEN M. LEEDS*
FRANK SABO, JR.♦
JOE HERNANDEZ*
ANALISA FIGUEROA*
HEATHER SCOTT*

JOSÉ L. CASO
YSMAEL D. FONSECA
ELIZABETH M. GARCIA■
CHRISTOPHER PINEDA*

10213 NORTH TENTH STREET
MCALLEN, TEXAS 78504
TELEPHONE: (956) 383-4300
FACSIMILE: (956) 383-4304
www.guerraleeds.com

* BROWNSVILLE OFFICE:
1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

♦ Board Certified-Personal Injury Trial Law
Texas Board of Legal Specialization
■ Also Licensed in the State of Washington

# FAX TRANSMITTAL

**DATE:** October 28, 2013

**TO:** Rodney Sipes, Sipes & Associates, PLLC

**FAX No.:** 956-381-4701

**FROM:** Ysmael D. Fonseca

Re: Civil Action No. 7:12-CV-310; *Kenneth John Snider vs. City of Mission, Mission Police chief Martin Garza, Jr., Unnamed Patrol Officers of the Mission Police Department and Unnamed Supervisors of the Mission Police Department*; In the United States District Court for the Southern District of Texas McAllen Division. Our File No.: 12-571 RDG/YF

**Documents Transmitted:** Correspondence.

Total Number of Pages (including cover sheet) 6

Fax sent by: Loly

## CONFIDENTIALITY NOTICE:

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to GUERRA, LEEDS, SABO & HERNANDEZ, P.L.L.C., at the above address via the U.S. Postal Service at our expense.