IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KENNETH JOHN SNIDER,<br>        *Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 7:12-cv-310 |
| CITY OF MISSION, FORMER MISSION<br>POLICE CHIEF LEO LONGORIA,<br>FORMER POLICE OFFICER RANDY GARZA,<br>POLICE OFFICER CHRISTOPHER PILAND,<br>POLICE OFFICER SHANE DE LA GARZA,<br>POLICE OFFICER CHARLES LOPEZ, and<br>POLICE OFICER OMAR DIAZ de VILLEGAS<br>        *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | (JURY REQUESTED) |

<u>**AFFIDAVIT OF RODNEY W. SIPES**</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

**KNOW ALL MEN BY THESE PRESENCE:**

BEFORE ME, the undersigned authority, on this day personally appeared RODNEY W. SIPES, who being first duly sworn, stated as follows:

"My name is Rodney W. Sipes. I am capable of making this affidavit. I am an individual of at least eighteen (18) years of age, of sound mind, and am fully competent to make this affidavit".

"Each of the Exhibits attached to Plaintiff's Supplemental Response to Defendants' Motion for Summary Judgment are true and correct copies of the originals".

Further Affiant Sayeth Not.

_____
RODNEY W. SIPES

**SUBSCRIBED AND SWORN TO BEFORE ME**, by the said **RODNEY W. SIPES**, on this the 4th day of February, 2014.

_____
Notary Public for the State of Texas

ELVIA OCHOA
Notary Public, State of Texas
My Commission Expires
March 04, 2015